AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

DEC - 7 2022

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.  22-MJ-6188 |
|  | ) |
|  | ) |
| LUKE DAVID KOWNICK | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July-November of 2022__ in the county of __Peoria__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Threatening Communications |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ronald Stout, Jr., FBI Special Agent
*Printed name and title*

Sworn and subscribed to me telephonically pursuant to Fed. R. Crim. P. 41(d)(3) and Rule 4.1.

Date: 12/7/22

_____
*Judge's signature*

City and state: Peoria, Illinois

Jonathan E. Hawley, United States Magistrate Judge
*Printed name and title*

**EXHIBIT 1**

## AFFIDAVIT

Ronald Stout, Jr., Special Agent, being duly sworn on oath states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been since January 3, 2010. As part of my duties, I investigate violations of federal law, including interstate communications threatening to injure another, particularly in relation to violations of Title 18, United States Code, Sections 875(c), which criminalize, among other things, the transmission in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another. I have gained experience in the conduct of such investigations through training in classes and work related to conducting these types of investigations. I have been involved in multiple search warrants and arrests. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts.

2. This Affidavit is made in support of a criminal complaint to arrest **Luke David Kownick**, a 27-year-old, white male, born in November 1995, for violations of federal law involving threatening communications, specifically, Title 18, United States Code, Section 875(c). From my experience and training, I know that emails and voicemail communications, including those using Google, use instrumentalities of interstate commerce.

## STATUTORY AUTHORITY

3. This investigation concerns alleged violations of 18 U.S.C. § 875(c) involving threats to injure, via interstate communications. That statute makes it unlawful

for whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

## INVESTIGATION

4.  On 11/09/2022, the Bloomington Police Department (BPD) provided the FBI Springfield Division with information regarding a report of, Luke David Kownick, a self-radicalizing male subject in Bloomington, Illinois. In my experience as a Special Agent assigned to work domestic terrorism matters, I understand self-radicalization to take place when an individual consumes propaganda and begins to believe the supporting ideology. The ideology often calls for violent and physical attacks on specific institutions or people.

5.  Dana Burns, the mother of Luke Kownick, informed BPD that Kownick had been sending Burns emails that were greatly concerning from email account kownickluke@gmail.com. The emails were received by Burns at her home in McLean County, IL. Kownick has a long mental health treatment history, to include an approximate six-month residential treatment stay in Texas, between April 2021 and September 2021. Approximately two years ago Kownick was under the care of Dr. Girishkumar Dhorajia, a medical professional at Carle Bromenn Medical Center-Mental Health Unit in McLean County, IL. In the emails, Kownick referred to learning another language and speaking of aiding individuals outside of the United States against groups or agencies within the United States.

2

6.      Below are excerpts from the emails Kownick sent to Burns. A common theme was discontent with psychiatry.

- Email sent on 11/7/2022: "You can tell him since he is allied with psychiatry, he is an enemy of the people of the United States and an enemy of me. He is against the bill of Rights. He is against the 1st, 2nd, and 4th amendments. I am busy learning Persian. The only way to stop my anger is if psychiatry is abolished as a medical specialty, which it will not be anytime soon. The world's biggest terrorist organization is an American one and Americans are their primary victims."

- Email sent on 11/09/2022: "Even when I go overseas, whether that is to Latin America or Asia, I will continue to learn Persian in my spare time. Death to psychiatrists."

- Email sent on 11/09/2022: "I will dedicate the rest of my life to dismantling psychiatry. This grave dig itself.

7.      Burns informed BPD that she was in fear for her physical safety. She fears Kownick will follow through with his threats, as he has previously had violent outbursts and damaged property belonging to her and other family members. Burns did not know Kownick's financial or transportation situation. Burns was unsure of Kownick's whereabouts, but was able to learn via comments from Kownick that he was in the central time zone of Tennessee, and has a job.

8.   On November 4, 2022, Bradley Burns, Kownick's uncle, filed a police report with BPD, regarding voicemails received from Kownick at Burns' phone in McLean County, IL. Those voicemails have included threats against Bradley, and Bradley's two adult sons. Bradley provided BPD with four voicemails. Below are excerpts from those voicemails:

- Voicemail #1 (07/31/2022): "This is your nephew Luke - I want to let you know some background information about me -I've never heard people yell at each other like I heard my parents yell at each other growing up -My mother has Munchausen by proxy -I've been through so much in my household -You have no right to blame me -I'm not taking it anymore. I'm protecting myself. I have tons of people on my side now. -You owe me an apology"

- Voicemail #2 (08/08/2022): "If I end up within 30 feet of you again, which I have no plans to, I will charge you immediately - Secondly, if your father touches my dog again, his feeble, elderly head will be rolling on the ground off his shoulders -I hope we understand each other here"

- Voicemail #3 (09/21/2022): "I'm sick of people messing with me. If people want to play dirty, then I'll play dirty in return. -I put your parents' address and information on Black Lives Matter because of all the stuff they've said about black people -When I was in southeast Asia, I made sure to get certain contacts to back me up about what happened to me in America. I made you and your family specific targets for them. -I'm not going to be "fucked with" anymore"

4

- Voicemail #4 (11/03/2022): "I had to take care of your sister (Luke's mother, Dana) my whole life, emotionally -Your sons made fun of me as a kid -You "retards" tell me to stop contacting you. Well, guess what, I won't. -I know some bad "fucking" people now -All the "shit" your sons did to me -These people would tear them apart. They'd squeal like little girls, and we'd record the whole thing. -Why don't you come to Tennessee with your "fucking sons?" -Why don't you meet my crew, and we take care of things man to man -If you don't, your sons will squeal like little girls on camera, as they get "fucking annihilated" -You have no idea the level of danger I am to you and your family, internationally"

9. Based on Kownick's state of mind and previous threats Kownick made about dismembering people, Bradley interpreted Kownick's voicemail to mean he was referring to dismembering Bradley's children.

10. On September 21, 2022, David Kownick, Kownick's father, filed a police report with BPD, regarding threatening/harassing voicemails received from Kownick at David's residence in McLean County, IL. David provided the voicemails to BPD. Excerpts of some of the voicemails are as follows:

- Voicemail #1 (09-10-2022): "Dreams every night -Kidnap you, tie you up -Take your fingers off one at a time -Jab a "fucking screwdriver" into your eyeballs, torture you for years on end -Keep you alive, then just leave, don't even kill you -Take a chainsaw "to your fucking limbs" -Scoop out "your fucking eyeballs with a spoon" -I want to do some fucked up things to you people. I'm not going to. So, I'll live it out in my dreams. -If you were sitting in front me, rules free, I'd be snipping

5

off your "fucking fingers." I'd make you shriek for years on end. That's what I want to do to you. Same thing with your ex-wife (Luke's mother, Dana), and a number of other people in Bloomington (those people were un-named) who gas-lighted and abused me. -Will join Al-Qaeda to fight the psychiatrists for what they've done. I will kidnap their kids and "saw off their fucking heads." "You think I'm joking? I'm fucking not." -Eric Freen? cute little Asian kids. I'd love to kidnap them, and "saw off their fucking heads slowly on videotape." Then, kidnap him and make him watch it and do the same thing to him. You gas-lighting fuckers. I'd torture you. I'd torture their kids too. -To hell with all of you."

- Voicemail #2 (09-21-2022): "That stupid smirk you used to give me, I'm going to make sure it's wiped off your face. "You big fat, disgusting, dumb ass." -I cannot wait to wipe that smirk off your face. "I don't know; maybe cut those fucking lips off your face." -I'm going to abuse the hell out of you. -I should burn your fucking face off your skull. -"You fucking asshole. You're going to get abused so fucking bad, you piece of shit."

11. On November 28, 2022, Burns provided the FBI with a saved voicemail. The voicemail was sent to Burns's daughter, Hannah Kownick, from her son, Luke Kownick, on November 28, 2022. Excerpts of the voicemails include the following:

- "I know you guys are all scared of me, because you run to your therapists and the police. But you know what, if I was so stupid, like you say I was, then why do you guys do it? If I'm not threat, if I'm nobody, then why do you do it? You should

just ignore me." "You guys are gonna have a hard time sleeping at night." "I'm going to get Medieval on some people." "Some people are going to get so fucked." "I'm going to pick people's eyeballs out of their sockets with a spoon and eat it." "I'm not going to give a threat to you, but you know what, I want to take a red serrated knife and start running it through your neck and videotape the whole thing, and then jack-off to the memory of what I did to you. You fucking bitch, fuck you Hannah, you're just a whore dating a crack dealer. Hang yourself you fucking slut." "Every night I dream about teeing off on my father's head with a baseball bat, hearing that doink, as his brains explode, Hannah." "I dream about running a knife into mom's eyeballs, that makes me so feel good, Hannah, you have no idea." "I want to make you guys absolutely squeal, like I want you guys to beg for death, and I'm not going to give it to you." "Because I'm going to cut off your metatarsals, one by one, one day at a time." "I'm going to keep you alive." "You should be extremely scared, Hannah, you're going to get brutalized, Hannah. Hannah, I wish I could tear your arms out of your sockets. I want to turn you into a piece of meat." "You fucking brat, fuck you, Hannah, you fucking bitch."

FURTHER AFFIANT SAYETH NOT.

_____
Ronald Stout, Jr., FBI Special Agent

7

Attested to by the application in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this __7th day of December 2022.

JONATHAN E. HAWLEY
United States Magistrate Judge

8